**DISMISS and Opinion Filed June 7, 2024**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-23-00851-CV**

**ONCOR ELECTRIC DELIVERY COMPANY LLC, Appellant**
**V.**
**LAKYN ALLEN-PIERCE, Appellee**

**On Appeal from the County Court at Law No. 4**
**Dallas County, Texas**
**Trial Court Cause No. CC-19-04777-D**

# MEMORANDUM OPINION

Before Justices Molberg, Nowell, and Kennedy
Opinion by Justice Kennedy

Stating the parties have reached a resolution in this lawsuit, appellant has filed an agreed motion to dismiss the appeal. *See* TEX. R. APP. P. 42.1(a). We grant the motion and dismiss the appeal. *See id.*

/Nancy Kennedy/
NANCY KENNEDY
JUSTICE

230851F.P05



## Court of Appeals
## Fifth District of Texas at Dallas
## JUDGMENT

ONCOR ELECTRIC DELIVERY
COMPANY LLC, Appellant

No. 05-23-00851-CV      V.

LAKYN ALLEN-PIERCE, Appellee

On Appeal from the County Court at
Law No. 4, Dallas County, Texas
Trial Court Cause No. CC-19-04777-
D.
Opinion delivered by Justice
Kennedy, Justices Molberg and
Nowell participating.


In accordance with this Court's opinion of this date, we **DISMISS** the appeal.

As agreed by the parties, we **ORDER** that each party bear its own costs of this appeal.


Judgment entered June 7, 2024.